**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: <br>     ELLEN F LINK <br><br> Debtor(s) | Case No. 15-09815 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/19/2015.

2) The plan was confirmed on 08/11/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 10/02/2018.

6) Number of months from filing to last payment: 43.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $15,775.00.

10) Amount of unsecured claims discharged without payment: $90,179.37.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $16,549.67 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $16,549.67

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,843.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $669.11 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,512.11

Attorney fees paid and disclosed by debtor:     $157.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 77TH ST DEPOT FEDERAL CU | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| ACL INC | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE HEALTHCARE | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| AFFINITY CASH LOANS | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| Afni, Inc | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| ALLIED WASTE SERVICES | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 5.00 | 834.23 | 834.23 | 83.41 | 0.00 |
| ARMOR SYSTEMS CO | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 480.00 | 480.00 | 48.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 480.00 | 480.00 | 48.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 520.00 | 520.00 | 52.00 | 0.00 |
| CASH LOANS TODAY | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 5.00 | 764.07 | 764.07 | 76.40 | 0.00 |
| CHECK & GO | Unsecured | 4.00 | NA | NA | 0.00 | 0.00 |
| Choice Recovery | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 100.00 | 916.63 | 916.63 | 91.65 | 0.00 |
| CITY OF HOMETOWN | Unsecured | NA | 270.00 | 0.00 | 0.00 | 0.00 |
| CITY OF HOMETOWN | Unsecured | 101.00 | 270.00 | 270.00 | 27.00 | 0.00 |
| COAST 2 COAST FINANCIAL | Unsecured | 243.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 850.00 | 1,087.90 | 1,087.90 | 108.78 | 0.00 |
| Credit Collection Services | Unsecured | 1,470.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| CTA SS & U CREDIT UNION | Unsecured | 20,000.00 | 21,710.89 | 21,710.89 | 2,170.90 | 0.00 |
| CUSTOM COLLECTION SERVICES IN( | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| CUSTOM COLLECTION SERVICES IN( | Unsecured | NA | 67.00 | 67.00 | 6.70 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 391.00 | 223.01 | 223.01 | 22.30 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Global Pymt | Unsecured | 80.00 | 80.21 | 80.21 | 8.02 | 0.00 |
| Global Pymt | Unsecured | NA | 105.93 | 105.93 | 10.59 | 0.00 |
| GM FINANCIAL | Unsecured | 5,595.00 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | NA | 5,595.84 | 5,595.84 | 559.53 | 0.00 |
| GM FINANCIAL | Secured | NA | 5,595.84 | 5,595.84 | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 6,482.00 | NA | NA | 0.00 | 0.00 |
| HELLER & FRISONE | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| HOMETOWN POLICE DEPT | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| ICS Inc | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | 3,404.10 | 2,883.56 | 2,883.56 | 288.33 | 0.00 |
| IL DEPT OF REVENUE | Priority | NA | 30.00 | 2,032.95 | 2,032.95 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 6,000.00 | 3,039.47 | 3,039.47 | 3,039.47 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 1,000.00 | 395.40 | 395.40 | 39.54 | 0.00 |
| JPMORGAN CHASE BANK | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| JVDB ASSOCIATES | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| Linbarger Goggan Blair & Sampson | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| LOCAL UNION 130 | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| MB FINANCIAL | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL COLLECTIONS SYS INC | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| MEYERS STORE | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| MFG FINANCIAL INC | Unsecured | 2,278.00 | 21,256.77 | 21,256.77 | 2,125.49 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT | Unsecured | 451.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 2,265.00 | 2,090.01 | 2,090.01 | 208.98 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| NDC CK SVC | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 5.00 | 131.05 | 131.05 | 13.10 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 4.00 | 494.24 | 494.24 | 49.42 | 0.00 |
| Regional Recovery Serv | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST ORAL SURGEONS | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 5.00 | 677.71 | 677.71 | 67.76 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| THE BRADFORD EXCHANGE | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| The Stark Collection A | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| TORRES CREDIT SVC | Unsecured | 423.00 | NA | NA | 0.00 | 0.00 |
| TRIAD FIN CORP | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| Trustmark Recover Services | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| UNITED RECOVERY SERVICE | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| UNITED RESOURCE SYSTEMS | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL ACCEPTANCE CORP | Unsecured | 5,029.00 | 5,029.36 | 5,029.36 | 502.90 | 0.00 |
| UNIVERSITY PATHOLOGISTS | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NAVIENT SOLUTION | Unsecured | 1,638.00 | 3,563.70 | 3,563.70 | 356.34 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1,262.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BEDFORD PARK | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MARIONETT PARK | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| WHY NOT LEASE IT | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $5,595.84 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,595.84** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,072.42 | $5,072.42 | $0.00 |
| **TOTAL PRIORITY:** | **$5,072.42** | **$5,072.42** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$69,657.51** | **$6,965.14** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,512.11 |
| Disbursements to Creditors | $12,037.56 |
| **TOTAL DISBURSEMENTS :** | **$16,549.67** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/07/2019        By: /s/ Tom Vaughn
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**